**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Civil Action No. 09-CV-00272-PAB-DLW**

**LARRY L. WATERS, an Individual,**

**Plaintiff,**

**vs.**

**DURANGO FIRE AND RESCUE AUTHORITY, a**
**Political Subdivision Under the State of Colorado,**

**Defendant.**

## ORDER OF RECUSAL

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The above-referenced case was reassigned to Magistrate Judge David L. West by Minute Order dated May 8, 2009.

The Magistrate Judge has a conflict of interest in conducting proceedings in this case due to the fact that he is personally familiar with parties on both sides of the litigation and in the interest of justice another Magistrate Judge should be assigned to this case.

**IT IS HEREBY ORDERED** that Magistrate Judge David L. West recuses himself from conducting proceedings in this case.

**DATED: May 14, 2009**

        **BY THE COURT:**

        **s/David L. West**
        **United States Magistrate Judge**