IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MICHAEL J. WATANABE, US MAGISTRATE JUDGE

Civil Action No.  09-cv-00272-PAB-MJW

LARRY L.  WATERS,

Plaintiff(s),

v.

DURANGO FIRE AND RESCUE AUTHORITY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Stipulated Motion for Entry of Protective Order (docket no. 53) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 53-2) is APPROVED as amended in paragraphs 11 and 13 and made an Order of Court.

Date:   October 9, 2009