IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MICHAEL J. WATANABE, US MAGISTRATE JUDGE

Civil Action No.  09-cv-00272-PAB-MJW

LARRY L.  WATERS,

Plaintiff(s),

v.

DURANGO FIRE AND RESCUE AUTHORITY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Vacate and Re-Set Settlement Conference, DN 67, filed with the Court on December 10, 2009, is GRANTED.  The Settlement Conference set on December 14, 2009, is VACATED.  Counsel may reset this conference upon joint motion at a later date.

It is FURTHER ORDERED that the Defendant's Motion for Permission to Have Insurance Representative Appear at the Settlement Conference by Telephone, DN 65, filed with the Court on December 9, 2009,  is DENIED as MOOT.

Date:   December 10, 2009